PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shaun Evans                                                                 Cr.: 06-384
                                                                                              D/NJ dkt.#

Name of Sentencing Judicial Officer: Honorable Stefan Underhill
District of Connecticut

Date of Original Sentence: 10/29/03

Original Offense: Conspiracy.(To Possess With Intent To Distribute Heroin), 21 U.S.C. 841(A)(1)& 846

Original Sentence: Time served, 4 years supervised release. Special Conditions: Financial Disclosure, no new lines of credit,$5,000.00 fine and 250 hours of community service

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/29/03

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows: The removal of the following special condition:

The defendant shall contribute 250 hours of community service work over a period from the date probation is granted. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

## CAUSE

Due to the nature of the offender's conviction, he has not been able to find a suitable community service site.

Respectfully submitted,

By: Thomas S. Larson
Supervising U.S. Probation Officer
Date: 8/2/06

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Date: 8/8/06

Signature of Judicial Officer
Katharine S. Hayden, USDJ